UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER ROMANO

NO. 17-11765 ELF
CHAPTER 13

**STIPULATION IN RESOLUTION OF MOTION OF CAB EAST, LLC/FORD
MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY RE: A LEASED 2016
FORD ESCAPE MOTOR VEHICLE [DOC 38]**

The parties, by counsel, agree as follows and request the same be made an
Order of Court:

1.      CAB East, LLC by Ford Motor Credit Company, LLC ("Ford Credit") is the
owner and lessor of a 2016 Ford Escape [VIN...UB42944], motor vehicle ("Vehicle")
leased by Debtor Christopher Romano and Non-Debtor, Mindy Romano, pursuant to the
terms of a motor vehicle lease agreement dated November 28, 2015, ("Lease"). A copy
of the Lease is attached to the Motion for Relief and incorporated by reference. By its
terms, the Lease terminates November 28, 2018, at which time the automatic stay of
the Bankruptcy Code will terminate and the vehicle will no longer be property of the
Estate.

2.      The Lease is assumed.

3.      Debtor shall continue to maintain casualty and comprehensive insurance
on the Vehicles, with Ford Credit named as loss payee, and provide proof thereof.

4.      As of November 9, 2017, the leased 2016 Ford Escape [VIN...UB42944],
is past due $914.35, including $181.00 reimbursement for the Motion for Relief filing
fee, and legal fees.

5.      Regular monthly payments on the Vehicle are $244.45 each.

6.      Debtor shall make a payment of $244.45 on the Vehicle forthwith.

7.      Commencing with the payments due December 28, 2017, Debtor shall
pay, in addition to the regular monthly installment, the sum of $304.78 on the Vehicle,
for three (3) consecutive months in order to bring the account current. Thus, for the
months of December, 2017, January and February, 2018, Debtor shall pay to Ford
Credit, the sum of $549.23 per month for the on the leased Vehicle. Thereafter, regular
monthly payments shall be made to Ford Credit in accordance with contract terms.

Romano #-17-11765

8.     All payments shall be sent to Ford Credit with the account number xxx-6065 noted thereon and shall be mailed to Ford Credit, in the absence of other directions to:

> Ford Motor Credit Company
> PO Box 55000
> Drawer 55953
> Detroit, MI 48255-0953

9.     In the event Debtor fails to make any payment when due or fails to provide proof of appropriate insurance, then Ford Credit shall send written notice of the default by first class mail to Debtor's counsel as well as to Debtor addressed to 1101 Old Lane, Drexel Hill, PA 19026. If the default relates to the failure to have insurance and the same is not cured within ten (10) days from the date of the notice, then Ford Credit may certify the default to the Court to obtain an immediately effective [with waiver of F.R.B.P. 4001(a)(3)] relief from stay order to enforce its *in rem* rights as to the Vehicle, without need of further Court hearing. If the default relates to the payment of money, then the Motion for Relief from Automatic Stay may be relisted for hearing upon the filing of a Praecipe only.

This may be signed in counterparts, electronically and/or by facsimile.

Howard Gershman, Esquire
610 York Road, Ste. 200
Jenkintown, PA 19046
howard@gershman-law.com
Fax: 215 886 1118

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com

*without prejudice to a
trustee rights dice to any
e rights or remedies

NO OBJECTION/NO POSITION:

William C. Miller, Trustee
11-16-2017          NO OBJECTION